UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CRIMINAL DOCKET NO. 10-100-BAJ-SCR

UNITED STATES OF AMERICA

VERSUS

MAURICE BROWN AND MARIO BROWN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION AND INCORPORATED MEMORANDUM FILED ON BEHALF OF DEFENDANTS MAURICE BROWN AND MARIO BROWN TO DISCLOSE EVIDENCE PURSUANT TO FED. RULE EVID. 404(b)

NOW INTO COURT, through undersigned counsel, come defendants Maurice Brown and Mario Brown, who respectfully moves this Honorable Court to order the disclosure of any and all evidence the United States has concerning other crimes, wrongs, acts or uncharged criminal conduct which it intends to offer in its case-in-chief relative to either defendant Maurice Brown or defendant Mario Brown pursuant to Fed. Rule Evid. 404(b), to wit:

1.

Defendants Maurice Brown and Mario Brown show that the Government should be required pursuant to Fed. Rule Evid. 404(b) to disclose any evidence it has concerning other crimes, wrongs, acts or uncharged criminal conduct which it intends to offer in its case-in-chief relative to either defendant Maurice Brown or defendant Mario Brown.[1]

---

[1] In discussions between undersigned counsels and the Assistant United States Attorney, a suggestion was made that "other stuff" exists relative to defendant Maurice Brown and "baggage" exists as to defendant Mario Brown, but the nature of this "other stuff" and "baggage" has not been revealed.

2.

Defendants Maurice Brown and Mario Brown further show that since said evidence is only admissible as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake or accident and is not admissible to prove the character of a person to show that he acted in conformity therewith, defendants Maurice Brown and Mario Brown request that the Government advise them and the Court of its intent to introduce Rule 404(b) evidence as well as the purpose of the introduction of said evidence, at this time and prior to trial, in order that defendants Maurice Brown and Mario Brown may make proper objections to insure that the evidence is in fact admissible under Fed. Rule Evid. 404 or any other applicable law and/or authority, and further to insure that said evidence is restricted to its proper scope and that the jury would be so instructed, if necessary, pursuant to the requirements found in Fed. Rule Evid. 105. **See, for example**: *Huddleston v. United States, 485 U. S. 681 (1988)*.

3.

Defendants Maurice Brown and Mario Brown further respectfully reserve their rights to request a hearing, if necessary, on the admissibility of the disclosed and proffered evidence, and further reserve their rights to request a limiting instruction to the jury in the event that the Court permits the introduction of said evidence for a limited and restrictive purpose such that the jury may only consider said evidence for the limited and restricted purpose for which it was admitted or any additional jury instruction which may be appropriate given the nature, type and kind of the evidence disclosed, proffered and determined to be admissible.

WHEREFORE, defendants Maurice Brown and Mario Brown respectfully pray that this Honorable Court order the pretrial disclosure at this time of any and all evidence it has concerning other crimes, wrongs, acts or uncharged criminal conduct which it intends to offer in its case-in-chief

as to either defendant Maurice Brown or defendant Mario Brown, reserving unto them the right to request a hearing regarding the admissibility of same upon disclosure thereof and the further right to request a limiting instruction to the jury such that the jury may consider said evidence only for the limited and restricted purpose for which it was admitted or for such other jury instruction as may be appropriate and proper, and for all other relief as may be allowed by law and/or equity.

**RESPECTFULLY SUBMITTED:**

s/ Bruce A. Craft

_____
**BRUCE A. CRAFT**
La. Bar Roll No. 20766
10627 Hillary Court
Baton Rouge, LA 70810
Telephone: (225) 767-1300
Telecopier: (225) 767-1301
Attorney for Maurice Brown



s/ John S. McClindon

_____
**JOHN S. McLINDON**
La. Bar Roll No. 19703
8480 Bluebonnet Blvd., Suite D
Baton Rouge, LA 70810
Telephone: (225) 766-0200
Telecopier: 9225) 766-0279
Attorney for Mario Brown

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CRIMINAL DOCKET NO. 10-100-BAJ-SCR

UNITED STATES OF AMERICA

VERSUS

MAURICE BROWN AND MARIO BROWN

**********************************************

**CERTIFICATE OF SERVICE**

I hereby certify that copy of the foregoing Joint Motion and Incorporated Memorandum Filed on Behalf of Defendants Maurice Brown and Mario Brown to Disclose Evidence Pursuant to Fed. Rule Evid. 404(b) has been served upon all counsel of record by electronic service through the electronic filing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's system.

Done at Baton Rouge, Louisiana, this 22nd day of October, 2010.

s/ Bruce A. Craft
_____
**Bruce A. Craft**
