UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CRIMINAL DOCKET NO. 10-100-BAJ-SCR

UNITED STATES OF AMERICA

VERSUS

MAURICE BROWN AND MARIO BROWN

**********************************************************

**MOTION AND INCORPORATED MEMORANDUM
FILED ON BEHALF OF DEFENDANTS MAURICE BROWN AND MARIO BROWN
FOR PRETRIAL DISCLOSURE OF PROMISES OF LENIENCY
OR OTHER AGREEMENTS BETWEEN THE GOVERNMENT AND ITS WITNESSES
AND FURTHER FOR PRETRIAL DISCLOSE THE CRIMINAL RECORDS AND/OR
ACTS OF MISCONDUCT OF GOVERNMENT WITNESSES
FOR IMPEACHMENT PURPOSES**

NOW INTO COURT, through undersigned counsel, come defendants Maurice Brown and Mario Brown, who respectfully moves this Honorable Court to order that the Government disclose prior to trial any promises of leniency or other agreements between the Government and its witnesses and further to disclose the criminal records and/or acts of misconduct of Government witnesses for impeachment purposes, to wit:

1.

Defendants Maurice Brown and Mario Brown show that the Government in this case may seek to rely on testimony of persons who have not been indicted in "Operation Blighted Officials." In that event, it is likely that an agreement has been made with the Government's witnesses which could conceivably influence their testimony. The credibility of the Government's witnesses is a crucial issue in any case, and evidence of any agreement or understanding between the Government and its witnesses is extremely relevant to the issue of witness credibility. Therefore, the jury should

be permitted to know the contents of any agreement or understanding between the Government and an of its witnesses, and the defendant in this case should likewise be made aware of same so that he may properly prepare for trial. Defendants respectfully show that failing to reveal any such agreement or understanding would violate defendants' due process rights and rights of confrontation as guaranteed by the 5th and 6th Amendments.

2.

Defendants Maurice Brown and Mario Brown therefore requests the full and complete contents and statements of any and all promises, rewards, or inducements of any kind made by the Government, its prosecutors, its agents (including FBI and/or paid Government operatives), and its agencies – or by any State prosecutorial authority or other Federal prosecutorial authority (such as a Federal prosecutor in a district other than the Middle District of Louisiana) as a result of an explicit or implicit request by the Government to induce or encourage the giving of testimony or information – made to any of the following: a) any prospective witness whom the Government intends to call at trial of this case; b) any witness who testified before the Grand Jury in this case; and c) any witness who assisted the Government in its investigation and preparation of the trial in this case. **See, for example**: *Giglio v. United States, 405 U. S. 150 (1972)* (error for the Government not to disclose promise of leniency to key witness); *United States v. Gerard, 491 F. 2d 1300 (9 Cir. 1974)* (error for the Government to conceal arrangements made with a principal witness); *United States v. Harris, 462 F. 2d 1033 (10 Cir. 1972)* (error for the Government not to disclose a plea bargain relative to a testifying witness).

3.

Defendants Maurice Brown and Mario Brown further respectfully request that the Government disclose any and all information regarding the criminal records of its witnesses and/or

acts of misconduct that may be used by defendant for impeachment purposes. **See, for example**:

*Giglio v. United States, 405 U. S. 150 (1972), at 153-154; Brady v. Maryland, 373 U. S. 83 (1963); Williams v. Dutton, 400 F. 2d 797 (5 Cir. 1968), cert. den. 393 U. S. 1105 (1969).*

WHEREFORE, defendants Maurice Brown and Mario Brown respectfully pray that this Honorable Court order the Government to disclose prior to trial any promises of leniency or other agreements between the Government and its witnesses and further to disclose prior to trial the criminal records and/or acts of misconduct of Government witnesses for impeachment purposes and for all other relief as may be allowed by law and/or equity.

**RESPECTFULLY SUBMITTED:**

s/ Bruce A. Craft
_____
**BRUCE A. CRAFT**
La. Bar Roll No. 20766
10627 Hillary Court
Baton Rouge, LA 70810
Telephone: (225) 767-1300
Telecopier: (225) 767-1301
Attorney for Maurice Brown


s/ John S. McLindon
_____
**JOHN S. McLINDON**
La Bar Roll No. 19703
8480 Bluebonnet Blvd., Suite D
Baton Rouge, LA 70810
Telephone: (225) 766-0200
Telecopier: (225) 766-0279
Attorney for Mario Brown

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CRIMINAL DOCKET NO. 10-100-BAJ-SCR

UNITED STATES OF AMERICA

VERSUS

MAURICE BROWN AND MARIO BROWN

**********************************************

**CERTIFICATE OF SERVICE**

I hereby certify that copy of the foregoing Joint Motion and Incorporated Memorandum Filed on Behalf of Defendants Maurice Brown and Mario Brown for Pretrial Disclosure of Promises of Leniency or Other Agreements Between the Government and Its Witnesses and Further for Pretrial Disclose of the Criminal Records and/or Acts of Misconduct of Government Witnesses for Impeachment Purposes has been served upon all counsel of record by electronic service through the electronic filing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's system.

Done at Baton Rouge, Louisiana, this 22nd day of October, 2010.

s/ Bruce A. Craft
_____
**Bruce A. Craft**