UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CRIMINAL DOCKET NO. 10-100-BAJ-SCR

UNITED STATES OF AMERICA

VERSUS

MAURICE BROWN AND MARIO BROWN

**********************************************************

**MOTION AND INCORPORATED MEMORANDUM
FILED ON BEHALF OF DEFENDANT MAURICE BROWN
TO SUPPRESS AND EXCLUDE OVERLY PREJUDICIAL
AND NON-PROBATIVE EVIDENCE PURSUANT TO
THE FED. RULES EVID. 401-403 BALANCING TEST**

NOW INTO COURT, through undersigned counsel, comes Maurice Brown, defendant herein, who respectfully move this Honorable Court to suppress and exclude evidence from the jury in this case which is overly prejudicial and non-probative pursuant to the Federal Rules of Evidence 401-403, to wit:

1.

Defendant Maurice Brown shows that approximately 585 tape recorded telephone calls and/or personal meetings have been tendered in discovery thus far relative to this case.

2.

Defendant Maurice Brown further shows that selected phone calls have discussions contained therein between defendant Brown and others which discuss matters of a purely personal nature which are not probative to any potential element of the Government's case and are highly prejudicial to defendant Brown on a personal level.

3.

For example and for illustrative purposes for the efficacy of this motion, defendant Brown points to the 4th call on File No. 419 tendered in the discovery. The discussions contained therein are of a purely personal nature relating to defendant Maurice Brown and not probative in any manner to any aspect of this case. The discussion is highly prejudicial to defendant Maurice Brown and should be suppressed and excluded.[1]

4.

Defendant Maurice Brown shows that any and all such information of a personal nature to defendant Maurice Brown which is contained on any tapes which the Government intends on playing for the jury at trial should be suppressed and excluded, and/or redacted to prevent the jury from hearing those specific portions of any tape which reveal information of a personal nature which are highly prejudicial to the defendant and have little or no probative value when compared to their prejudicial effect. **See, generally**: *Fed. Rules Evid. 401-403.*

WHEREFORE, defendant, Maurice Brown, respectfully prays that this Honorable Court issue an order suppressing and excluding from the jury at trial of this case any and all statements of any nature, type or kind whatsoever which are overly prejudicial to the defendant when compared to their probative value, and for all other relief as may be allowed by law and/or equity.

---

[1] Because of the very personal nature of the discussion and the suggestion and/or innuendo which is contained therein, undersigned counsel has referred to the tape and not provided the specific contents therein for purposes of this motion. Should this Court require that the tapes and/or recordings be delineated with specificity in this motion, undersigned counsel will require an extension of the previously imposed motion deadline in this case of October 22, 2010 as undersigned counsel is still reviewing the voluminous discovery tendered in this case.

**RESPECTFULLY SUBMITTED:**

**s/ Bruce A. Craft**

_____
BRUCE A. CRAFT
La. Bar Roll No. 20766
10627 Hillary Court
Baton Rouge, LA 70810
Telephone: (225) 767-1300
Telecopier: (225) 767-1301
Attorney for Maurice Brown

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CRIMINAL DOCKET NO. 10-100-BAJ-SCR

UNITED STATES OF AMERICA

VERSUS

MAURICE BROWN AND MARIO BROWN

**********************************************

**CERTIFICATE OF SERVICE**

I hereby certify that copy of the foregoing Motion and Incorporated Memorandum Filed on Behalf of Defendant Maurice Brown to Suppress and Exclude Overly Prejudicial and Non-Probative Evidence Pursuant to the Fed. Rules Evid. 401-403 Balancing Test has been served upon all counsel of record by electronic service through the electronic filing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's system.

Done at Baton Rouge, Louisiana, this 22nd day of October, 2010.

s/ Bruce A. Craft
———————————————
Bruce A. Craft