# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 10-100-BAJ-SCR |
| | : | |
| MAURICE A. BROWN | : | |

### UNITED STATES' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE EVIDENCE PURSUANT TO *BRUTON*

**MAY IT PLEASE THE COURT:**

Relying on Bruton v. United States, 391 U.S. 123 (1968), defendant Maurice A. Brown has filed a motion to exclude audio recordings which incriminate him. Rec. Doc. No. 49. As explained in the United States' Memorandum in Opposition to Defendants' Motion to Suppress, the statements made in the recordings are nontestimonial. Consequently, Bruton does not apply to such statements.

For the reasons set forth in the United States' Memorandum in Opposition to Defendants' Motion to Suppress, which is incorporated herein by reference, the motion should be denied.

Respectfully submitted,

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

s/ M. Patricia Jones

M. Patricia Jones, LBN 18543
Corey R. Amundson, LBN 28865
Assistant United States Attorneys
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: Patricia.Jones4@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 10-100-BAJ-SCR |
| | : | |
| MAURICE A. BROWN | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 5, 2010, a copy of the foregoing United States' Memorandum in Opposition to Defendant's Motion to Exclude Evidence Pursuant to Bruton was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to defense counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 5th day of November, 2010.

            UNITED STATES OF AMERICA, by

            DONALD J. CAZAYOUX, JR.
            UNITED STATES ATTORNEY

            s/ M. Patricia Jones
            M. Patricia Jones
            Assistant United States Attorney
            777 Florida Street, Suite 208
            Baton Rouge, Louisiana 70801
            Telephone: (225) 389-0443
            Fax: (225) 389-0561
            E-mail: Patricia.Jones4@usdoj.gov