UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MAURICE BROWN

CRIMINAL ACTION

NO.: 10-00100-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 222)** pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommended denying Petitioner's Motion to Vacate, Set Aside, or Correct His Sentence under 28 U.S.C. § 2255 (Doc. 214). The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 222). Petitioner did not file an objection.

Having carefully considered the underlying motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 222)**, is **ADOPTED** as the Court's opinion herein.

1

IT IS FURTHER ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 214) is **DENIED**.

IT IS FURTHER ORDERED that if Petitioner seeks to pursue an appeal in this case, a certificate of appealability is **DENIED**.

Baton Rouge, Louisiana, this 14th day of February, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**